*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
DEERWESTER, BURGTORF, KIRKBY
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Roberto RIOS**
Logistics Specialist Seaman (E-3), U.S. Navy
*Appellant*

**No. 202200094**

_____

Decided: 29 September 2022

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judges:

Donald R. Ostrom (arraignment and motions)
G. Glenn Gerding (trial)

Sentence adjudged 20 January 2022 by a general court-martial convened at Norfolk, Virginia, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for twelve months, forfeiture of all pay and allowances, and a dishonorable discharge.

For Appellant:
*Lieutenant Commander Daniel C. LaPenta, JAGC, USN*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[1]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[1] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.